1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JASON RODRIGUEZ,                    )    NO. CV 07-05330 GW (SS)
                                          )
12                  Petitioner,           )
                                          )    **ORDER ADOPTING FINDINGS,**
13            v.                          )
                                          )    **CONCLUSIONS AND RECOMMENDATIONS**
14   DERRAL G. ADAMS, Warden,             )
                                          )    **OF UNITED STATES MAGISTRATE JUDGE**
15                                        )
                    Respondent.           )
16   _____)

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all of the records and files herein, the Magistrate Judge's Report and

20   Recommendation, and Petitioner's Objections.  After having made a <u>de</u>

21   <u>novo</u> determination of the portions of the Report and Recommendation to

22   which Objections were directed, the Court concurs with and adopts the

23   findings, conclusions and recommendations of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

1      Accordingly, IT IS ORDERED THAT:

2

3      1.  The Petition is DENIED and Judgment shall be entered dismissing

4  this action with prejudice.

5

6      2.   The Clerk shall serve copies of this Order and the Judgment

7  herein by United States mail on counsel for Petitioner and on counsel

8  for Respondent.

9

10 DATED: March 2, 2010

11

12                                    _____
                                      GEORGE H. WU
13                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2