# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON RODRIGUEZ,<br><br>          Petitioner,<br><br>    v.<br><br>DERRAL G. ADAMS, Warden,<br><br>          Respondent. | NO. CV 07-05330 GW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 2, 2010

                                        */s/ George H. Wu*
                                        GEORGE H. WU
                                        UNITED STATES DISTRICT JUDGE